IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS,<br><br>         Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 1:12cv0772 DLB<br><br>ORDER TO PAY FILING FEE<br>OR SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS |

On May 2, 2012, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits. Plaintiff did not pay the $350.00 filing fee or submit an application to proceed in forma pauperis.

Accordingly, Plaintiff is ORDERED to either pay the $350.00 filing fee or submit a complete, signed application to proceed in forma pauperis within thirty (30) days of the date of service of this order.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   May 14, 2012                    /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1