IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANA K. WILLIAMS, | ) | 1:12cv0772 DLB |
| | ) | |
| | ) | ORDER TO PAY FILING FEE |
| | ) | OR SUBMIT APPLICATION |
| Plaintiff, | ) | TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

On May 2, 2012, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits. Plaintiff did not pay the $350.00 filing fee or submit an application to proceed in forma pauperis.

Accordingly, Plaintiff is ORDERED to either pay the $350.00 filing fee or submit a complete, signed application to proceed in forma pauperis within thirty (30) days of the date of service of this order.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **May 14, 2012**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1