# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:12-cv-00772-LJO-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE ADMINISTRATIVE TRANSCRIPT<br><br>THIRTY (30) DAY DEADLINE |

      Plaintiff Lana K. Williams ("Plaintiff") is proceeding pro se in this action appealing the final decision of Defendant Commissioner of Social Security ("Defendant"). The Court's records show that Defendant lodged a copy of the administrative transcript in this case on July 9, 2013. (ECf No. 14.) However, Defendant has yet to file a copy of the administrative record in electronic format, as required by the Court's scheduling order. (See Scheduling Order ¶ 2.)

      Accordingly, Defendant is HEREBY ORDERED to file a copy of the administrative record within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **August 2, 2013**

UNITED STATES MAGISTRATE JUDGE

1