# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:12-cv-00772-LJO-SAB<br><br>ORDER RE BRIEFING SCHEDULE |

　　　　Plaintiff Lana K. Williams ("Plaintiff") is proceeding pro se in this appeal of the final decision of Defendant Commissioner of Social Security ("Defendant") in denying Plaintiff's claim for benefits under the Social Security Act.

　　　　On May 24, 2012, the Court issued a Scheduling Order which established the briefing schedule in this action.  Under the Scheduling Order, the parties were to exchange letter briefs after the administrative transcript was filed.  Approximately 95 days after the administrative transcript is filed, Plaintiff was to file an opening brief in this action.  Defendant's opposition brief was to be filed within thirty days after Plaintiff's opening brief.  Plaintiff's reply brief, if any, was to be filed fifteen (15) days after Defendant's opposition brief.

　　　　The administrative transcript was filed on August 15, 2013.  (ECF No. 17.)   On September 13, 2013, Plaintiff filed a document entitled "Objection to Findings."  (ECF No. 18.) It is unclear if this document should be construed as Plaintiff's opening brief under the

Scheduling Order.

Accordingly, the Court will order Plaintiff to file a notice within fourteen (14) days of the date of this order informing the Court whether the September 13, 2013 "Objection to Findings" was intended to be construed as her opening brief. Plaintiff's notice shall **only** inform the Court whether or not the "Objections to Findings" was intended to be Plaintiff's opening brief and shall not contain any argument or address any other issues. If Plaintiff informs the Court that the "Objections to Findings" was **not** intended to be construed as her opening brief, Plaintiff shall file her opening brief within thirty (30) days of the date of this order.

Defendant shall file its opposition brief within thirty (30) days after Plaintiff files a notice informing the Court that the "Objection to Findings" was intended to be her opening brief or within thirty (30) days after Plaintiff files her opening brief. Plaintiff's reply brief, if any, shall be filed within fifteen (15) days after Defendant files its opposition brief.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall file a notice within fourteen (14) days informing the Court whether the September 13, 2013 "Objection to Findings" was intended to be construed as her opening brief; and

2. If the September 13, 2013 "Objection to Findings was not intended to be construed as Plaintiff's opening brief, Plaintiff shall file her opening brief within thirty (30) days.

IT IS SO ORDERED.

Dated: **December 18, 2013**

UNITED STATES MAGISTRATE JUDGE