# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:12-cv-00772-LJO-SAB<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S APPEAL SHOULD NOT BE DEEMED UNOPPOSED<br><br>RESPONSE DUE WITHIN FOURTEEN (14) DAYS |

On December 18, 2013, the Court issued an order setting a briefing schedule in this matter.  (ECF No. 19.)  In the order, the Court ordered Defendant Commissioner of Social Security ("Defendant") to file its opposition brief within thirty (30) days after Plaintiff Lana K. Williams ("Plaintiff") filed her opening brief.  Plaintiff filed her opening brief on January 16, 2014. (ECF No. 21.)  To date, Defendant has not filed an opposition brief.

Accordingly, it is HEREBY ORDERED that within fourteen (14) days within the date of service of this, Defendant shall SHOW CAUSE why Plaintiff's appeal should not be deemed unopposed due to Defendant's failure to file an opposition brief.

IT IS SO ORDERED.

Dated:   **February 24, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1